CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>        Plaintiff,<br><br>v.<br><br>NAPA TIRE, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 3:16-CV-05042-JSC<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

## **NOTICE**

Pursuant to F.R.CIV.P.41 (a) (2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: October 17, 2016        CENTER FOR DISABILITY ACCESS

                               By: /s/ Phyl Grace
                                   Phyl Grace
                                   Attorneys for Plaintiff